IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01758–REB–KMT

JANET L. WALCOTT,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
COMMISSIONER OF INTERNAL REVENUE,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to File Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss, Instanter" (Doc. No. 21, filed Nov. 19, 2014) is GRANTED.  The Clerk of Court is directed to file "Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss" (Doc. No. 21-1) and attach the Declaration of Janet L. Walcott (Doc. No. 21-2) thereto, and Plaintiff's Opposition is deemed timely filed.

Plaintiff is advised that any future motion that is subject to, but fails to comply with, Local Rule 7.1(a) will be summarily denied.  *See* D.C.COLO.LCivR 7.1(a) ("Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.").  *See also* D.C.COLO.LCivR 7.1(b) (exempting motions filed in a case involving an unrepresented prisoner, and motions filed under Fed. R. Civ. P. 12, Fed. R. Civ. P. 56, and D.C.COLO.LAttyR 5(b) from this conferral duty).

Dated: November 20, 2014