**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01758-REB-KMT

JANET L. WOLCOTT,

      Plaintiff,

v.

UNITED STATES OF AMERICA, and
COMMISSIONER OF INTERNAL REVENUE,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed.

R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the **Order Adopting Recommendation of the United States Magistrate**

**Judge** [#32] of Judge Robert E. Blackburn entered on September 18, 2015 it is

      ORDERED that judgment is entered in favor the defendant, United States of America,

against the plaintiff, Janet L. Walcott; and it is

      ORDERED that the defendant are awarded their costs to be taxed by the clerk of the court

in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

      Dated at Denver, Colorado this 18th day of September, 2015.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

              By:  s/   K. Finney

                          K. Finney
                          Deputy Clerk